**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 17-7188**

---

WILLIAM LEBRON ANDREW CHURCH,

    Plaintiff - Appellant,

    v.

DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, Jointly and Severally; WILLIAM MUSE, Chairman, Jointly and Severally; KAREN D. BROWN, Chairman, Virginia Parole Board, Jointly and Severally; TERRY GLENN, Virginia Department of Corrections, Interstate Compact Coordinator, Jointly and Severally; OMBUDSMAN, Virginia Dept. Corrections, Jointly and Severally; LT. RONALD C. MAXEY, Virginia State Police, Criminal Justice Information, Jointly and Severally,

    Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Henry E. Hudson, District Judge. (3:16-cv-00845-HEH-RCY)

---

Submitted: January 30, 2018                     Decided: February 2, 2018

---

Before MOTZ and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

William Lebron Andrew Church, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Lebron Andrew Church appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915A(b) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Church v. Dir., Va. Dep't of Corr.*, No. 3:16-cv-00845-HEH-RCY (E.D. Va. Aug. 16, 2017). We also deny Church's motion for a declaration regarding the constitutionality of the procedures of the Virginia Parole Board. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*